IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MAFOA E.L. FATANI,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS ARNET et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:08-CV-303 |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on February 24, 2009, recommending that the Court dismiss Plaintiff's *pro se* civil rights complaint pursuant to 28 U.S.C. § 1915, deny Plaintiff's Motion for Service of Process, and deem as moot Plaintiff's Motion for Appointment of Counsel. These recommendations are made on the bases that Plaintiff has failed to provide enough information to support a cognizable claim and because counsel has already assisted Plaintiff in this case.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. The Court DENIES Plaintiff's Motion for Service of Process, deems Plaintiff's Motion for Appointment of Counsel as MOOT, and DISMISSES Plaintiff's case.

DATED this 16th day of July, 2009.

Dee Benson
United States District Judge